1050

No. 788.  McCollough v. Travelers Insurance Co.
et al.  C. A. 5th Cir.  Motion of American Trial Law-
yers Association, Admiralty Section, for leave to file a
brief, as *amicus curiae,* granted.  Certiorari denied.
*Ward Stephenson* for petitioner.  *Louis V. Nelson* for
respondents.  *Paul S. Edelman* for American Trial Law-
yers Association, Admiralty Section, as *amicus curiae,*
in support of the petition.

No. 102, Misc.  Ochoa v. California.  Ct. App. Cal.,
1st App. Dist.  Certiorari denied.  *Aidan R. Gough* for
petitioner.  *Thomas C. Lynch,* Attorney General of Cali-
fornia, and *Robert R. Granucci* and *Michael Buzzell,*
Deputy Attorneys General, for respondent.

No. 215, Misc.  Phillips v. Mississippi.  Sup. Ct.
Miss.  Certiorari denied.  *Joe T. Patterson,* Attorney
General of Mississippi, and *Guy N. Rogers,* Assistant
Attorney General, for respondent.

No. 220, Misc.  Killmon v. Oregon.  Sup. Ct. Ore.
Certiorari denied.  *George Van Hoomissen* and *Jacob B.
Tanzer* for respondent.

No. 267, Misc.  Cantrell v. California Adult
Authority et al.  Sup. Ct. Cal.  Certiorari denied.
*Thomas C. Lynch,* Attorney General of California, *Wil-
liam E. James,* Assistant Attorney General, and *Stanton
Price,* Deputy Attorney General, for respondents.

No. 421, Misc.  Perales et al. v. Housing Author-
ity of Tulare County.  Super. Ct. Cal., County of
Tulare.  Certiorari denied.  *William M. Lewers* for
petitioners.